UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :

                                 :    Crim No. 09-CR- 856

v                                :

                                 :    ORDER

Tropp, Donald, D.                :

**RECEIVED** MAR - 1 2010 AT 8:30 ___ M
WILLIAM T. WALSH, CLERK

Upon consideration of Defendant's motion and the averments made in support thereof, it is this _1st_ day of ~~February~~ March, 2010;

**ORDERED** that defendants Motion os Granted/~~Denied~~ and it is further

**ORDERED** that defendant will comply with all of the relevant terms of his Pre-trial Release Agreement and provide such travel and lodging information to Pre-Trial Services as directed.

_____
Hon. Joel A. Pisano
United States District Judge